**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Mag. No. 21-mj-00037-MU |
| | * | |
| **ADRIAN McGHEE** | * | |

**MOTION FOR DETENTION**

The United States moves for pretrial detention of the defendant, pursuant to Title 18, United States Code, Section 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involved:

    A. \_\_\_\_  Crime of Violence (18 U.S.C. § 3156);

    B. \_\_\_\_  This is an offense for which the maximum sentence is life imprisonment or death;

    C. \_\_X\_\_  This is a drug offense for which a maximum term of imprisonment of ten years or more is prescribed;

    D. \_\_\_\_  The above-named defendant(s) has committed a felony after having been convicted of two or more prior offenses described in paragraphs A through C, or two or more state or local offenses that would have been offenses described in paragraphs A through C if a circumstance giving rise to Federal jurisdiction had existed;

    E. \_\_\_\_  Any felony that is not otherwise a crime of violence that involves a minor victim or that involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous weapon, or involves a failure to register under section 2250 of title 18, United States Code;

      F. <u>  X  </u>      There is a serious risk that the above-named defendant will flee;

      G. <u>  X  </u>      There is a serious risk that the above-named defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

2. <u>Reason for Detention</u>.  The court should detain the defendant because there are no conditions or combination of conditions of release which will reasonably assure:

      A. <u>  X  </u>      The defendant's appearance as required; and/or

      B. <u>  X  </u>      The safety of any other person and/or the community.

3. <u>Rebuttable Presumption</u>.  The United States <u>will</u> invoke the rebuttable presumption against the defendant pursuant to Title 18, United States Code, Section 3142(e).  If yes, the rebuttable presumption arises because:

      A. <u>  X  </u>      There is probable cause to believe that the defendant committed a drug offense for which a maximum term of imprisonment of ten years or more is prescribed **or** <u>an offense under Title 18, United States Code, Section 924(c)</u>.

      B. <u>     </u>      The defendant has been convicted of a Federal offense as described in Title 18, United States Code, Section 3142(f)(1), or of a state or local offense that would have been an offense described in the above section if a circumstance giving rise to Federal jurisdiction had existed; and

      C. <u>     </u>      The defendant committed the offense described in paragraph B above while on release pending trial for a Federal, State, or local offense; and

      D. ___ A period of not more than five years has elapsed since the date of conviction for offense described in paragraph C above, or the release of the person from imprisonment, whichever is later.

      E. ___ The defendant is alleged to have committed a crime concerning the exploitation of a child as referred to in Title 18, United States Code, Section 3142(e).

4. <u>Time for Detention Hearing</u>.  The United States, by and through the undersigned Assistant United States Attorney, requests that this court conduct a detention hearing:

      A. ___ At first appearance; or

      B. _X_ After a continuance of _3_ days (not to exceed three days).

Dated this 9th day of March, 2021.

                                        SEAN P. COSTELLO
                                        UNITED STATES ATTORNEY

                                        By: _s/Gloria A. Bedwell_
                                        Gloria A. Bedwell (BEDWG1000)
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        63 S. Royal Street, Suite 600
                                        Mobile, Alabama 36602
                                        Telephone: (251) 441-5845

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 9, 2021, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the defendant.

                                        _s/Gloria A. Bedwell_
                                        Gloria A. Bedwell
                                        Assistant United States Attorney